IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HARVEY HILLIS, ADC #22334  PLAINTIFF

v.  No. 3:17CV00177-JLH-JTK

POINSETT COUNTY DETENTION CENTER  DEFENDANT

**ORDER**

Harvey Hillis has not responded to this Court's July 19, 2017 Order directing him to pay the $400 filing fee for this action or file a Motion to Proceed *in forma pauperis* within thirty days. Document #2. Therefore, the Court finds Hillis's Complaint should be dismissed without prejudice for failure to prosecute.[1] Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute. An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 25th day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

The July 19, 2017 Order was returned to the Court as undeliverable on August 4, 2017 (Document #4), and Plaintiff has not notified the Court of his new address.