IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HARVEY HILLIS, ADC #22334                                                    PLAINTIFF

v.                    No. 3:17CV00177-JLH-JTK

POINSETT COUNTY DETENTION CENTER                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 25th day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE